# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2021 ND 221

Tanner L. Narloch,                                                                    Plaintiff

v.

Neenah N. Narloch,                                            Defendant and Appellant

and

State of North Dakota,                            Statutory Real Party in Interest

### No. 20210153

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Elise A. Fischer (argued) and Theresa Kellington (on brief), Bismarck, ND, for defendant and appellant.

**Per Curiam.**

[¶1]   Neenah Narloch appeals from a second amended divorce judgment.  She argues the evidence does not support the district court's decision denying her motion to relocate to Wyoming with the parties' minor children.  We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte